IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOE TROTTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 3:20-cv-00193 |
| | ) Judge Trauger |
| METROPOLITAN NASHVILLE AIRPORT | ) |
| AUTHORITY HUMAN RESOURCES, ET AL., | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

On November 12, 2020, the Magistrate Judge issued a Report and Recommendation (Doc No. 35), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion for Summary Judgment filed by the defendants (Doc. No. 28) is GRANTED, and all claims in this care are DISMISSED WITH PREJUDICE.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge